MURIEL GARRETT, an Infant, by Her Guardian ad Litem, GEORGE A. GARRETT, Respondent, and GEORGE A. GARRETT, Plaintiff, v. BEE LINE, INC., Appellant.— Defendant, in an action by an infant for damages for personal injuries, appeals from a judgment for plaintiff, entered on a jury verdict. Judgment unanimously affirmed, with costs. Plaintiff, while a passenger in defendant's school bus, sustained a serious injury to one of her eyes when it was struck by a missile, projected by means of a rubber band, by a boy in the bus. Defendant concededly received complaints about the conduct of children in this bus some time before the accident happened, and the jury were warranted in finding from the evidence that defendant, through its driver, had notice of repeated acts in the bus similar to that which caused plaintiff's injury. The jury were warranted also in finding from the evidence that defendant failed to use available and effective means to prevent injury, such as plaintiff received, to children using the bus, and it was for the jury to say whether by such failure defendant fell short of reasonable care. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

GERTRUDE GOTTE, Appellant, v. B. GERTZ, INC., Respondent.— Order granting defendant's motion to dismiss, as insufficient on its face, the second cause of action set forth in the complaint, pursuant to rule 106, Rules of Civil Practice, affirmed, with ten dollars costs and disbursements. Defendant's time to answer extended until ten days after the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

THE GREEN-WOOD CEMETERY, Appellant, v. ANSCHELL BERGMAN and Others, Defendants, and REALTY ASSOCIATES, INC., Respondent.— Order granting, upon terms, respondent's motion for leave to serve an amended answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

In the Matter of Proving the Last Will and Testament of ELIZABETH S. I. BAIN, Deceased, as a Will of Real and Personal Property. CATHERINE ANN SPILLANE, AGNES CHESTER TURK and RALPH WASHINGTON IRVINE, Appellants; JEAN G. I. AMES, as Executrix Named in Last Will and Testament of ELIZABETH S. I. BAIN, Deceased, Respondent.— Order of the Surrogate's Court, Dutchess county, adjudging that the decedent at the time of her death was domiciled in the county of Dutchess and that said court has jurisdiction of the proceeding for the probate of the will of decedent, unanimously affirmed, with costs to respondent payable by the appellants personally. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.